1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| ISIDRO BARAJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 2:16-CV-00754-ODW(RAO)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 16), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by January 9, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 9, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**