1
2
3
4
5
6
7
8
# United States District Court
9
# Central District of California
10

| | |
|---|---|
| 11  ISIDRO BARAJAS, | Case № 2:16-cv-00754-ODW(RAO) |
| 12          Plaintiff, | |
| 13      v. | **ORDER ALLOWING ADDITIONAL** |
| 14  HOME DEPOT U.S.A., INC.; and DOES | **TIME TO FINALIZE SETTLEMENT** |
| 15  1 through 50, inclusive, | |
| 16          Defendants. | |
| 17 | |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

On December 8, 2016, the parties filed a Notice of Settlement in this case. (ECF No. 16.)  The following day, the Court issued an Order to Show Cause allowing the parties thirty-days to finalize their settlement agreement.  (ECF No. 18.)  The thirty-day period expired on January 9, 2017.  (*Id.*)  The parties have still not finalized their settlement agreement and request an additional sixty days to do so.  (ECF Nos. 19–20.)  The Court will **GRANT** them this additional time to finalize their settlement agreement.  The Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by March 10, 2017, why settlement has not been finalized.

**IT IS SO ORDERED.**

January 10, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**