JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ISIDRO BARAJAS,<br><br>            Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.; and DOES<br>1 through 50, inclusive,<br><br>            Defendants. | Case № 2:16-cv-00754-ODW(RAO)<br><br>**ORDER DISMISSING CASE** |

///
///
///
///
///
///
///
///
///
///
///

1    Pursuant to the parties' stipulation, this case shall be **DISMISSED** with
2  prejudice under Federal Rule of Civil Procedure 41(a)(1).  (ECF No. 22.)  Each party
3  will bear its own costs and attorneys' fees in connection with this action.  (*Id.*)  The
4  Clerk of Court shall close this case.

6    **IT IS SO ORDERED.**

7  March 8, 2017

9    _____

10                    **OTIS D. WRIGHT, II**
                  **UNITED STATES DISTRICT JUDGE**